# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:17-mj-01092-NJK |
| | ) | |
| JORGE PALMERO SERRANO | ) | Charging District:   Southern District of Florida |
| *Defendant* | ) | Charging District's Case No.   1:16-cr-20393-KMW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | SOUTHERN DISTRICT OF FLORIDA<br>400 North Miami Avenue<br>Miami, Florida 33128 | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:   AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   November 17, 2017

_____
*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge
*Printed name and title*



_X_ FILED          _____ RECEIVED
_____ ENTERED      _____ SERVED ON
      COUNSEL/PARTIES OF RECORD

NOV 17, 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY